**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| **LANELL ETHRIDGE** § § § *Plaintiff,* § § **v.** §  **CIVIL ACTION NO. 5:23-cv-00264-H-BQ** § **ALLSTATE VEHICLE AND** § **PROPERTY INSURANCE COMPANY** § § *Defendant.* § | |

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant files this Notice of Settlement advising the Court that the Parties have reached a settlement as to Plaintiff's claims against Defendant. Once the parties have finalized the settlement, they will file a Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

By:  */s/ Lauren Figaro*
Roger C. Higgins
Texas State Bar 09601500
rhiggins@thompsoncoe.com
Tiffany A. Au
Texas State Bar 24075842
tau@thompsoncoe.com
Thompson, Coe, Cousins & Irons, L.L.P.
Plaza of the Americas
700 N. Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 880-2879

**AND**

_____

**PAGE 1**

Lauren Figaro
State Bar No. 24087510
4400 Post Oak Parkway, Suite 1000
Houston, TX 77027
Telephone: (713) 403-8217
Facsimile: (713) 403-8299
Email: lfigaro@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 29th day of July, 2024, a copy of this document was served to all Counsel of Record via electronic notice to:

Naomi Lara
Email: naomi@pdattorney.com
Perry Dominguez Law Firm PLLC
2101 NW Military Hwy
Castle Hills, TX  78213
Phone: 210-562-2879
Fax: 210-570-2322
*Attorney for Plaintiff*

    */s/ Lauren Figaro*
    Lauren Figaro