IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| LANELL ETHRIDGE | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-cv-00264-H-BQ |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | (JURY TRIAL) |
| | § | |
| *Defendant.* | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE UNITED STATES DISTRICT JUDGE:

The Parties announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

        Respectfully submitted,

        **PERRY DOMINGUEZ LAW FIRM PLLC**
        2101 NW Military Hwy
        Castle Hills, Texas 78213
        (210) 562-2879 Telephone
        (210) 570-2322 Facsimile

By: /s/ Perry J. Dominguez
        **PERRY J. DOMINGUEZ, II**
        State Bar No. 24055414
        Email: perry@pdattorney.com
        Naomi Lara
        State Bar No. 24096944
        Email: naomi@pdattorney.com

        **ATTORNEYS PLAINTIFFS**

BY: /s/ Lauren Figaro
Roger C. Higgins
Texas State Bar 09601500
Email: Rhiggins@Thompsoncoe.Com
Tiffany A. Au
Texas State Bar 24075842
Email: Tau@Thompsoncoe.Com
Thompson, Coe, Cousins & Irons, L.L.P.
Plaza of the Americas
700 N. Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 880-2879

AND

Lauren Figaro
State Bar No. 24087510
4400 Post Oak Parkway, Suite 1000
Houston, TX 77027
Telephone: (713) 403-8217
Facsimile: (713) 403-8299
Email: lfigaro@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**